Dismissed and
Memorandum Opinion filed December 16, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00377-CV

____________

 

DINAH MACK AND ALL OTHER OCCUPANTS, Appellants

 

V.

 

SUNTRUST MORTGAGE, INC., Appellee

 



 

On Appeal from the County Court No. 3

Galveston County, Texas

Trial Court Cause No. 62,231

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed April 1, 2010.  The
clerk’s record was filed June 15, 2010.  No reporter’s record or brief was
filed.

            On October 28, 2010, this court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before November 29, 2010, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Seymore,
Boyce, and Christopher.